# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| LARRY DANIELS, ET AL. | CIVIL ACTION NO. 09-0713 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TAUREN EXPLORATION, INC. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand (Record Document 8) be and is hereby **GRANTED** and this case is **REMANDED** to the First Judicial District Court, Caddo Parish, Louisiana, where it was pending as Suit No. 530,138-B.

**IT IS FURTHER ORDERED** that the request for attorneys' fees is **DENIED**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 2nd day of October, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE